FISHER, APPELLANT, *v.* GOLDEN RULE INSURANCE COMPANY, APPELLEE.

[Cite as *Fisher v. Golden Rule Ins. Co.* (1991), 62 Ohio St.3d 74.]

(Nos. 89–1323 and 89–1324—Submitted September 26, 1990—
Decided June 12, 1991—Corrected October 16, 1991.)